**ANDREW THOMAS, ESQ.**
Nevada Bar No. 000017
at@steveburrislaw.com
**STEVEN M. BURRIS, ESQ.**
Nevada Bar No. 000603
sb@steveburrislaw.com
**BURRIS & THOMAS, LLC**
2810 W. Charleston Boulevard, Suite F-58
Las Vegas, Nevada 89102
(702) 258-6238 - Telephone
(702) 258-8280 - Facsimile

*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## CLARK COUNTY, NEVADA

| | |
|---|---|
| JOAN OSSOWSKI, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>ST. JOSEPH TRANSITIONAL REHABILITATION CENTER, LLC, doing business as ST. JOSEPH TRANSITIONAL REHABILITATION CENTER; and DOES 1 through 10, inclusive; and ROE ENTITIES 1 through 10, inclusive;<br><br>Defendants. | CASE NO.: 2:21-cv-001417-JCM-BNW<br><br>**SUGGESTION OF DEATH UPON THE RECORD** |

The undersigned attorney of record for Plaintiff Joan Ossowski is informed and believes and therefore hereby notifies the Court and all parties, pursuant to F.R.C.P. 25, that Joan Ossowski, Plaintiff herein, died on or about July 4, 2021.

DATED this 28th day of September, 2021.

**BURRIS & THOMAS, LLC**

By: /s/ *Andrew J. Thomas, Esq.*
Andrew J. Thomas, Esq.
Nevada Bar No. 000017
sb@steveburrislaw.com
2810 W. Charleston Blvd. Suite F-58
Las Vegas, Nevada 89102
*Attorney for Plaintiff*

**Order**
IT IS ORDERED that Plaintiff's counsel must file a status report by 10/15/2021 stating if and how this litigation will proceed.

**IT IS SO ORDERED**
**DATED:** 10:41 am, September 29, 2021

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

*Law Offices Of*
**STEVEN M. BURRIS**
*A Limited Liability Corporation*
2810 W. Charleston Boulevard
Suite F-58
Las Vegas, Nevada 89102

## CERTIFICATE OF SERVICE

I hereby certify that service of the foregoing **SUGGESTION OF DEATH UPON THE RECORD** was served on the following by [X] Electronic Service pursuant to NEFR 9 [ ] Electronic Filing and Service pursuant to NEFR 9 [ ] hand delivery [ ] overnight mail [ ] fax [ ] fax and mail [ ] mailing by depositing with the U.S. mail in Las Vegas, Nevada, first class postage prepaid, addressed as follows:

Jeremy J. Thompson, Esq.
Clark Hill PLLC
3800 Howard Hughes Drive, Suite 500
Las Vegas, Nevada 89169
Attorneys for Defendant

DATED this 28th day of September, 2021.

        */s/ Nancy Gonzalez*
        An Employee of Burris & Thomas