UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JOAN OSSOWSKI,<br><br>　　　　Plaintiff(s),<br><br>　v.<br><br>ST, JOSEPH TRANSITIONAL REHABILITATION CENTER, LLC,<br><br>　　　　Defendant(s). | Case No. 2:21-CR-1417 JCM (BNW)<br><br>ORDER |

　　　　The court is in receipt of defendant St. Joseph Transitional Rehabilitation Center, LLC's request for an automatic thirty (30) stay of enforcement of the court's order of October 6, 2021 (ECF No. 24).  In order to permit defendant time to pursue its appeal rights of said order, and pursuant to Federal Rule of Civil Procedure 62(a), the court recalls its transmittal of the October 6, 2021, order for remand of this matter to the Eighth Judicial District Court of Clark County, Nevada (ECF No. 23), and hereby stays enforcement of the order until November 6, 2021.  Defendant is to serve this order on the state court.

　　　　IT IS SO ORDERED.

　　　　DATED October 20, 2021.

　　　　　　　　　　　　　　　　　　　　　　　　　　　／s／ James C. Mahan
　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**